**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

RMJP OAKCREST COMMONS, LLC,

    Plaintiff,

v.    Case No: 8:14-cv-454-T-30MAP

SB ASSOCIATES LIMITED
PARTNERSHIP and SB ASSOCIATES
MANAGEMENT CO.,

    Defendants.

## ORDER OF DISMISSAL

Before the Court is the Stipulation for Voluntary Dismissal (Dkt. #15). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed with prejudice, each party to bear their own attorney's fees and costs.

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 5th day of May, 2014.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record